|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IRMA OLIVAREZ LUCAS, | ) Case No.: 2:22-cv-02290-E |
|---|---|
| Plaintiff, | ) {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,500.00 as authorized by 28 U.S.C. § 2412, and $402.00 in costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  4/14/23

　　　　　　　　　　/S/ CHARLES F. EICK
　　　　　　　　THE HONORABLE CHARLES F. EICK
　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3      /s/ *Steven G. Rosales*
   BY: _____
4      Steven G. Rosales
    Attorney for plaintiff Irma Olivarez Lucas
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-